In the Matter of BELMONT PAPER BOX CO., INC., Judgment Creditor, Respondent, v. JOHN STEPHEN, Judgment Debtor, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY SIVIGLIA, Appellant.— Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.; Untermyer, J., dissents and votes to affirm.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Respondent, v. LINCOLN PERRY, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.